# UNITED STATES DISTRICT COURT
## DISTRICT OF MONTANA
### HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 05-117-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| ROY SHERMAN WANDLE, | |
| Defendant. | |

The Initial Appearance on the Petition for Violation of Supervised Release was conducted on October 19, 2018, and Defendant waived his right to a preliminary examination.  Pursuant to the Court's oral ruling, IT IS ORDERED:

1.      The Defendant shall be detained pending further proceedings.

2.      A Detention Hearing will be held on Tuesday, October 23, 2018 at 9:00 a.m. at the James F. Battin Federal Courthouse, 2601 2nd Avenue North, Billings, Montana.

3.      The Revocation Hearing will be held before Judge Watters on Monday, November 19, 2018 at 10:30 a.m., at the James F. Battin Federal Courthouse, 2601 2nd Avenue North, Billings, Montana.

///

///

DATED this 19th day of October, 2018.

_____
Honorable Timothy J. Cavan
United States Magistrate Judge