IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROY SHERMAN WANDLE,<br><br>Defendant. | CR 05-117-BLG-SPW<br><br>**ORDER TO VACATE DETENTION HEARING** |

Before the Court is Defendant's Motion to Vacate Detention Hearing. (Doc. 229.) Good cause appearing, IT IS HEREBY ORDERED that the Detention Hearing presently set for October 23, 2018, at 9:00 a.m. is **VACATED**.

DATED this 22nd day of October, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge